07/24/15

To Whom it May Concern:


My name is Carissa Crocker, and I need to request an extension for the appeal of case number 03-15-00416-CV. I am in need of additional time to get this prepared. Thank you for your consideration.


Regards,

Carissa Crocker